**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date: January 8, 2014 |
| Court Reporter: Mary George | |
| Probation Officer: Darren Streich | Interpreter: Susana Cahill |

Criminal Action No.: 13-cr-00390-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Beth N. Gibson |
| Plaintiff, | |
| v. | |
| CARLOS EDMUNDO POSADA CARDENAS, | Matthew K. Belcher |
| Defendant. | |

### SENTENCING MINUTES

**2:03 p.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing:**   November 6, 2013.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

*13-cr-00390-JLK*
*Sentencing*
*January 8, 2014*

**ORDERED:** **Defendant's Motion For Variant Sentence Pursuant To 18 U.S.C.§ 3553 (Filed 12/24/13; Doc. No. 24) is DENIED.**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **27 months**, such term to be served consecutive to the sentence now being served in the state of Colorado.

**SUPERVISED RELEASE:**

None will be imposed because the Defendant will be deported.

The Court advises the Defendant that if he enters or remains in the United States illegally, or possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.

It is the recommendation of this Court that while serving a federal sentence, the defendant be afforded the opportunity to enroll in and receive treatment for substance abuse and such programs are as available at the place of incarceration decided by the Bureau of Prisons.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:20 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 17 minutes.